Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARK A. ZANDBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMONDS SCHOOL DISTRICT NO. 15;<br>BRIAN HARDING; and MARLA MILLER,<br><br>    Defendants. | Case No. C08-0570-JCC<br><br>SECOND STIPULATION FOR EXTENSION OF MEDIATION DEADLINE<br><br>**Note on Motion Calendar:**<br>**March 27, 2009** |

COME NOW the parties hereto and respectfully ask this Court to enter the following stipulated Order extending the mediation deadline in this matter until May 8, 2009. The current mediation deadline is April 17, 2009. The parties have engaged in informal settlement discussions and remain committed to a formal mediation process. However, Defendants' motion for summary judgment is currently pending before the Court, and the parties believe that mediation will not be productive until a ruling on that motion has been issued. It does not appear that this extension will negatively affect any remaining pre-trial deadlines in this matter. Accordingly, the parties respectfully request an extension of the mediation deadline in this matter.

///

Stip. Extension of Time - 1
C08-0570-JCC

**PATTERSON BUCHANAN**
**FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500
Seattle . WA . 98121 Tel. 206.462.6700 . Fax 206.462.6701

1    DATED this 27th day of April, 2009.

2

3    PATTERSON BUCHANAN                          PUBLIC INTEREST LAW GROUP, PLLC
4    FOBES LEITCH & KALZER, INC., P.S.

5    By: /s/ Sarah S. Mack                       By: /s/ Wendy W. Chen
     Duncan K. Fobes, WSBA No. 19892             Nancy S. Chupp, WSBA No. 33740
6    Sarah S. Mack, WSBA No. 32853               Wendy W. Chen, WSBA No. 37593
     dkf@pattersonbuchanan.com                   wchen@pilg.org
7    ssm@pattersonbuchanan.com                   nchupp@pilg.org
     2112 Third Ave., Suite 500                  705 Second Ave., Suite 501
8    Seattle, Washington 98121                   Seattle, WA 98104
     Phone: (206) 462-6700                       Phone: (206) 447-0103
9    Attorneys for Defendants                    Attorneys for Plaintiff

10

11

12   SO ORDERED this 1st day of April, 2009.

13

14

15                                               _____

16                                               John C. Coughenour
                                                 Senior United States District Judge
17

Stip. Extension of Time - 2
C08-0570-JCC